# United States Court of Appeals
### For The District of Columbia Circuit

_____

No. 26-1032                                September Term, 2025

FMCS-2025-0622

Filed On: February 20, 2026 [2160125]

Jorge Rivera Lujan, et al.,

        Petitioners

        v.

Federal Motor Carrier Safety Administration, et al.,

        Respondents

## **O R D E R**

The petition for review in this case was filed and docketed on February 12, 2026, and assigned the above number. It is, on the court's own motion,

**ORDERED** that petitioners submit the documents listed below by the dates indicated.

| Document | Date |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | March 23, 2026 |
| Docketing Statement Form | March 23, 2026 |
| Procedural Motions, if any | March 23, 2026 |
| Statement of Intent to Utilize Deferred Joint Appendix | March 23, 2026 |
| Statement of Issues to be Raised | March 23, 2026 |
| Underlying Decision from Which Appeal or Petition Arises | March 23, 2026 |
| Dispositive Motions, if any | April 6, 2026 |

It is

**FURTHER ORDERED** that respondents submit the documents listed below by the dates indicated.

| | |
|---|---:|
| Entry of Appearance Form (Attorneys Only) | March 23, 2026 |
| Procedural Motions, if any | March 23, 2026 |
| Certified Index to the Record | April 6, 2026 |
| Dispositive Motions, if any | April 6, 2026 |

It is

**FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

The Clerk is directed to transmit to respondents a copy of this order and a copy of the petition for review.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:   /s/
Laura M. Morgan
Deputy Clerk

The following forms and notices are available on the Court's website:

Agency Docketing Statement Form
Entry of Appearance Form
Request to Enter Appellate Mediation Program (Optional)
Notice Concerning Expedition of Appeals and Petitions for Review
Stipulation to be Placed in Stand-By Pool of Cases (Optional)