# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 26-1032**  **September Term, 2025**

FMCS-2025-0622

Filed On: February 27, 2026

Jorge Rivera Lujan, et al.,

    Petitioners

  v.

Federal Motor Carrier Safety Administration, et al.,

    Respondents

**BEFORE:** Henderson, Pillard, and Pan, Circuit Judges

## O R D E R

Upon consideration of the emergency motion for stay pending review, it is

**ORDERED**, on the court's own motion, that respondents file a response to the emergency motion by 12:00 noon on Monday, March 9, 2026, and that petitioners file any reply by 12:00 noon on Wednesday, March 11, 2026.

### Per Curiam

                                **FOR THE COURT:**
                                Clifton B. Cislak, Clerk

    BY:    /s/
             Selena R. Gancasz
             Deputy Clerk