# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 26-1032**                                                                         **September Term, 2025**

FMCS-2025-0622
FMCS-91FR7044

**Filed On: March 5, 2026** [2162288]

Jorge Rivera Lujan, et al.,

      Petitioners

    v.

Federal Motor Carrier Safety Administration, et al.,

      Respondents

------------------------------

Consolidated with 26-1046

## O R D E R

It is **ORDERED**, on the court's own motion, that these cases be consolidated. Petitioner in case No. 26-1046 is directed to file the following documents by the indicated dates:

| | |
|---|---|
| Docketing Statement Form | April 6, 2026 |
| Statement of Issues to be Raised | April 6, 2026 |

                                          **FOR THE COURT:**
                                          Clifton B. Cislak, Clerk
                        BY:    /s/
                                            Francis A. Walter
                                            Deputy Clerk

The following forms and notices are available on the Court's website:

    Agency Docketing Statement Form