<u>**ORAL ARGUMENT NOT YET SCHEDULED**</u>
No. 26-1032

## UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

JORGE RIVERA LUJAN; ALEKSEI SEMENOVSKII; AMERICAN FEDERATION OF STATE, COUNTY & MUNICIPAL EMPLOYEES; AFL-CIO; and AMERICAN FEDERATION OF TEACHERS,
*Petitioners*,

v.

FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION; UNITED STATES DEPARTMENT OF TRANSPORTATION; and THE UNITED STATES,
*Respondents*.

On Petition for Review of the United States Department of Transportation's Federal Motor Carrier Safety Administration's Final Rule "Restoring Integrity to the Issuance of Non-Domiciled Commercial Drivers Licenses"

**CONSENT MOTION FOR LEAVE FOR LOCAL GOVERNMENTS AND LOCAL GOVERNMENT LEADERS TO FILE BRIEF AS *AMICI CURIAE* IN SUPPORT OF PETITIONERS' MOTION FOR STAY PENDING JUDICIAL REVIEW**

ELENA GOLDSTEIN
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
(202) 322-1959
egoldstein@democracyforward.org

TOBY MERRILL
Public Rights Project
49 43rd Street, #115
Oakland, CA 94609
(707) 297-3837
toby@publicrightsproject.org

i

*Counsel for Movants listed on Appendix A*

SUBASH IYER
Kaplan Kirsch LLP
1500 Broadway, Suite 1605
New York, NY 10036
(929) 458-6975
siyer@kaplankirsch.com

JOHN E. PUTNAM
1675 Broadway, Suite 2300
Denver, CO 80202
(303) 825-7010
jputnam@kaplankirsch.com

CAITLIN MCCUSKER
CAROLINE G. JASCHKE
1634 I Street, NW, Suite 300
Washington, D.C. 20006
(202) 955-5600
cmccusker@kaplankirsch.com
cjaschke@kaplankirsch.com

*Counsel for Movants listed on Appendix B*

ii

Local governments and local government leaders, listed on Appendices A and B (collectively, Movants), respectfully seek this Court's leave to file the accompanying *amici curiae* brief in support of Petitioners' motion for an emergency stay pending review of an agency action promulgated by the Federal Motor Carrier Safety Administration ("FMCSA") titled "Restoring Integrity to the Issuance of Non-Domiciled Commercial Drivers Licenses (CDL)," 91 Fed. Reg. 7044 (Feb. 13, 2026) (the "Rule"). Counsel for Movants has conferred with counsel for all parties, and all parties have consented to this request for leave. In furtherance of this motion, Movants state as follows:

1. Movants are local governments and officials. Their jurisdictions differ in size, demographics, and policy priorities and in how they provide transportation-related services. Yet all share a fundamental interest in providing effective, reliable public services and keeping their communities safe, including on the roads.

2. Many critical local services depend upon licensed commercial driver's license ("CDL") holders, including: public transportation; school buses; building and maintaining infrastructure (including roads); roadway clearing during inclement weather; providing gas, electricity, and other utilities; and addressing natural

disasters. Many drivers employed by local governments must have valid CDLs, so Movants depend on stable and predictable licensing processes.

3. FMCSA impeded Movants from providing critical services when it promulgated the Rule. By prohibiting CDL issuance to certain noncitizens, the Rule shrinks the pool of drivers who can provide essential services. Approximately 5% of all active CDL holders will exit the freight market due to the Rule. Movants face unique challenges in responding to this reduction. Without enough licensed drivers, local governments will have to cut services, not only disrupting their residents' lives but diminishing road safety, notwithstanding the FMCSA's unsupported safety-benefit claims.

4. Movants seek leave to file an *amicus curiae* brief in support of Petitioners' motions for stay pending review. As this Court previously concluded when staying a substantively identical interim final rule that preceded the Rule, the public interest strongly favors a stay. *Lujan v. Fed. Motor Carrier Safety Admin.*, No. 25-1215, 2025 U.S. App. LEXIS 29835 (D.C. Cir. Nov. 13, 2025).

5. Because these issues are relevant to this Court's decision on the pending motion, Movants' brief may aid the Court.

6. The parties consent to this motion for leave.

For the foregoing reasons, Movants respectfully request that the Court grant their motion for leave to file the accompanying brief as *amici curiae*.

Dated: March 5, 2026            Respectfully submitted,

*/s/ Caitlin McCusker*

| | |
|---|---|
| TOBY MERRILL<br>Public Rights Project<br>49 43rd Street, #115<br>Oakland, CA 94609<br>(707) 297-3837<br>toby@publicrightsproject.org<br><br>ELENA GOLDSTEIN<br>Democracy Forward Foundation<br>P.O. Box 34553<br>Washington, D.C. 20043<br>(202) 322-1959<br>egoldstein@democracyforward.org<br><br>*Counsel for Movants listed on Appendix A to Proposed Brief* | CAITLIN MCCUSKER<br>CAROLINE G. JASCHKE<br>Kaplan Kirsch LLP<br>1634 I Street, NW, Suite 300<br>Washington, D.C. 20006<br>(202) 955-5600<br>cmccusker@kaplankirsch.com<br>cjaschke@kaplankirsch.com<br><br>SUBASH IYER<br>1500 Broadway, Suite 1605<br>New York, NY 10036<br>(929) 458-6975<br>siyer@kaplankirsch.com<br><br>JOHN E. PUTNAM<br>1675 Broadway, Suite 2300<br>Denver, CO 80202<br>(303) 825-7010<br>jputnam@kaplankirsch.com<br><br>*Counsel for Movants listed on Appendix B to the Proposed Brief* |

# ADDITIONAL COUNSEL

ROBERT MAGEE
Corporation Counsel
24 Eagle Street, Room 106
Albany, NY 12207
*Attorney for the City of Albany, New York*

MEGAN BAYER
City Solicitor
795 Massachusetts Avenue
Cambridge, MA 02139
*Attorney for the City of Cambridge, Massachusetts*

JOHN P. MARKOVS
Montgomery County Attorney
101 Monroe Street, 3rd Floor
Rockville, MD 20850
*Attorney for Montgomery County, Maryland*

MURIEL GOODE-TRUFANT
Corporation Counsel
100 Church Street
New York, NY 10007
*Counsel for the City of New York, New York*

DAVID CHIU
City Attorney
City Hall Room 234
One Drive Carlton B. Goodlett Place
San Francisco, CA 94102
*Attorney for the City and County of San Francisco, California*

## **<u>CERTIFICATE OF COMPLIANCE</u>**

The foregoing motion complies with Fed. R. App. P. 27(d)(2)(A) because it contains 400 words, as measured by Microsoft software. The motion also complies with the typeface and style requirements of Fed. R. App. P. 27(d)(1)(E), 32(a)(5) and 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word and is set in Times New Roman font in a size equivalent to 14 points or larger.

Dated: March 5, 2026                             */s/ Caitlin McCusker*
                                                 Caitlin McCusker

## CERTIFICATE OF SERVICE

The undersigned counsel for Movants certifies that a true and accurate copy of the foregoing Brief was electronically filed with the Court using the CM/ECF system. Service on counsel for all parties will be accomplished through the Court's electronic filing system.

Dated: March 5, 2026                              */s/ Caitlin McCusker*
                                                  Caitlin McCusker

# APPENDIX A

## List of *Amici Curiae* Represented by Public Rights Project & Democracy Forward

### Local Governments

City of Albany, New York

City of Albuquerque, New Mexico

City of Cambridge, Massachusetts

Montgomery County, Maryland

City of New Haven, Connecticut

City of New York, New York

City of Portland, Oregon

City and County of San Francisco, California

County of Santa Clara, California

City of Seattle, Washington

### Local Government Leaders

Celina Benitez
*Mayor, City of Mount Rainier, Maryland*

Jesse Brown
*Councilmember, City of Indianapolis, Indiana*

Chelsea Byers
*Mayor, City of West Hollywood, California*

Chris Canales
*Councilmember, City of El Paso, Texas*

Michael Chameides
*Supervisor, County of Columbia, New York*

John Clark
*Mayor, Town of Ridgway, Colorado*

Alison Coombs
*Mayor Pro Tempore and Councilmember, City of Aurora, Colorado*

Christine Corrado
*Councilmember, Township of Brighton, New York*

Nikki Fortunato Bas
*Supervisor, Alameda County, California*

Brenda Gadd
*Councilmember, Metropolitan Nashville and Davidson County, Tennessee*

Caroline Torosis
*Mayor Pro Tempore, City of Santa Monica, California*

Terry Vo
*Councilmember, Metropolitan Nashville and Davidson County, Tennessee*

Ginny Welsch
*Councilmember, Metropolitan Nashville and Davidson County, Tennessee*

Robin Wilt
*Councilmember, Township of Brighton, New York*

# APPENDIX B

**List of *Amici Curiae* Represented by Kaplan Kirsch LLP**

**Local Governments**

City of Albany, New York

City of Albuquerque, New Mexico

City of Cambridge, Massachusetts

Montgomery County, Maryland

City of New York, New York

City of Portland, Oregon

City and County of San Francisco, California

County of Santa Clara, California

City of Seattle, Washington