## DOCKETING STATEMENT

*Administrative Agency Review Proceedings (To be completed by appellant/petitioner)*

1. CASE NO. 26-1032          2. DATE DOCKETED: 2/12/2026

3. CASE NAME (lead parties only)   Jorge Rivera Lujan   v.   Federal Motor Carrier Safety Administration

4. TYPE OF CASE: ☒ Review  ☐ Appeal  ☐ Enforcement  ☐ Complaint  ☐ Tax Court

5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED? ○ Yes ○ No
   If YES, cite statute

6. CASE INFORMATION:
   a. Identify agency whose order is to be reviewed:   Federal Motor Carrier Safety Administration

   b. Give agency docket or order number(s):   Docket No. FMCSA-2025-0622 (91 Fed. Reg. 7044)

   c. Give date(s) of order(s)   issued on 2/11/2026; published in Federal Register on 2/13/2026

   d. Has a request for rehearing or reconsideration been filed at the agency?   ○ Yes ☒ No
      If so, when was it filled? _____   By whom? _____

      Has the agency acted? ○ Yes ○ No   If so, when? _____

   e. Identify the basis of appellant's/petitioner's claim of standing. See D.C. Cir. Rule 15(c)(2):
      Petitioners are drivers who are directly impacted by the rule and organizations whose members include drivers
      directly impacted by the rule.

   f. Are any other cases involving the same underlying agency order pending in this Court or any other?
      ☒ Yes ○ No   If YES, identify case name(s), docket number(s), and court(s)
      Martin Luther King, Jr. County v Duffy, No. 26-1046 (D.C. Cir.), consolidated with this case.

   g. Are any other caess, to counsel's knowledge, pending before the agency, this Court, another Circuit
   Court, or the Supreme Court which involve *substantially the same issues* as the instant case presents?
      ☒ Yes ○ No   If YES, give case name(s) and number(s) of these cases and identify court/agency:
      Rivera Lujan v. FMCSA, No. 25-1515 (D.C. Cir.), consolidated with Martin Luther King, Jr. County v. Duffy, No. 25-1224 (D.C. Cir.)

   h. Have the parties attempted to resolve the issues in this case through arbitration, mediation, or any other
   alternative for dispute resolution? ○ Yes ☒ No   If YES, provide program name and participation dates.
   _____
   _____

Signature   /s/ Wendy Liu          Date   3/20/2026

Name of Party (Print)   Rivera Lujan; Semenovskii; American Federation of State, County & Municipal Employees; American Federation of Teachers

Name of Counsel for Appellant/Petitioner (Print)   Wendy Liu

Address   Public Citizen Litigation Group, 1600 20th St NW, Washington, DC 20009

E-Mail   wliu@citizen.org          Phone ( 202 ) 588 - 1000          Fax (____) ____-____

### ATTACH A CERTIFICATE OF SERVICE

**Note:** If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so
advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the
challenged statement. An original and three copies of such letter should be submitted.

USCA Form 41
August 2009 (REVISED)

**CERTIFICATE OF SERVICE**

I hereby certify that, on March 20, 2026, the foregoing document was served through the Court's ECF system on counsel for all parties.

/s/ *Wendy Liu*
Wendy Liu