**[ORAL ARGUMENT NOT SCHEDULED]**

**UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| Jorge River Lujan, et al., | |
| Petitioners, | |
| v. | No. 26-1032 (Consolidated with No. 26-1046) |
| Federal Motor Carrier Safety Administration, et al., | |
| Respondents. | |

**STATEMENT OF INTENT TO UTILIZE
DEFERRED JOINT APPENDIX**

Pursuant to Federal Rule of Appellate Procedure 30(c) and D.C. Circuit Rule 30(c), Petitioners state that they have agreed with Respondents to utilize a deferred joint appendix.

Respectfully submitted,

/s/ *Wendy Liu*
Wendy Liu
Cormac Early
Allison M. Zieve
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000
wliu@citizen.org

*Counsel for All Petitioners in No. 26-1032*

Teague Paterson
Matthew Blumin
American Federation of
  State, County &
  Municipal Employees,
  AFL-CIO
1625 L Street NW
Washington, DC 20036
(202) 775-5900

*Counsel for Petitioner AFSCME*

Daniel McNeil
Channing Cooper
American Federation of Teachers,
  AFL-CIO
555 New Jersey Avenue NW
Washington, DC 20001
(202) 879-4400

*Counsel for Petitioner AFT*

March 20, 2026

## CERTIFICATE OF SERVICE

I hereby certify that, on March 20, 2026, the foregoing document was served through the Court's ECF system on counsel for all parties.

/s/ *Wendy Liu*
Wendy Liu