**[ORAL ARGUMENT NOT SCHEDULED]**

**UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

Jorge River Lujan, et al.,
                    Petitioners,

                v.

Federal Motor Carrier Safety
Administration, et al.,
                    Respondents.

No. 26-1032
(Consolidated with
No. 26-1046)

**STATEMENT OF ISSUES TO BE RAISED**

Petitioners expect to raise the following issue in this petition for review: Whether the final rule titled Restoring Integrity to the Issuance of Non-Domiciled Commercial Drivers Licenses (CDLs), published in the Federal Register by Respondent Federal Motor Carrier Safety Administration (FCMSA) on February 13, 2026, at 91 Fed. Reg. 7044, is arbitrary, capricious, or otherwise contrary to law.

1

Respectfully submitted,

Teague Paterson
Matthew Blumin
 American Federation of
  State, County &
  Municipal Employees,
  AFL-CIO
1625 L Street NW
Washington, DC 20036
(202) 775-5900

*Counsel for Petitioner AFSCME*

Daniel McNeil
Channing Cooper
American Federation of Teachers
 AFL-CIO
555 New Jersey Avenue NW
Washington, DC 20001
(202) 879-4400

*Counsel for Petitioner AFT*

March 20, 2026

/s/ *Wendy Liu*
Wendy Liu
Cormac Early
Allison M. Zieve
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000
wliu@citizen.org

*Counsel for All Petitioners in No. 26-1032*

## CERTIFICATE OF SERVICE

I hereby certify that, on March 20, 2026, the foregoing document was served through the Court's ECF system on counsel for all parties.

/s/ *Wendy Liu*
Wendy Liu