[ORAL ARGUMENT NOT SCHEDULED]

# UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

Jorge River Lujan, et al.,
               Petitioners,

v.

Federal Motor Carrier Safety
Administration, et al.,
               Respondents.

No. 26-1032
(Consolidated with
No. 25-1046)

## UNDERLYING DECISION FROM WHICH THE PETITION ARISES

The underlying decision from which this petition arises is the final rule issued by respondent U.S. Department of Transportation's Federal Motor Carrier Safety Administration entitled "Restoring Integrity to the Issuance of Non-Domiciled Commercial Drivers Licenses (CDLs)," 91 Fed. Reg. 7044 (2026). The rule is attached.

1

Respectfully submitted,

/s/ *Wendy Liu*

Teague Paterson
Matthew Blumin
American Federation of
  State, County &
  Municipal Employees,
  AFL-CIO
1625 L Street NW
Washington, DC 20036
(202) 775-5900

*Counsel for Petitioner AFSCME*

Daniel McNeil
Channing Cooper
American Federation of Teachers
  AFL-CIO
555 New Jersey Avenue NW
Washington, DC 20001
(202) 879-4400

*Counsel for Petitioner AFT*

March 20, 2026

Wendy Liu
Cormac Early
Allison M. Zieve
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000
wliu@citizen.org

*Counsel for All Petitioners in*
*No. 26-1032*

# CERTIFICATE OF SERVICE

I hereby certify that, on March 20, 2026, the foregoing document was served through the Court's ECF system on counsel for all parties.

/s/ *Wendy Liu*
Wendy Liu