# United States Court of Appeals

## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 26-1032**                                     **September Term, 2025**

**FMCS-2025-0622**
**FMCS-91FR7044**

**Filed On:** July 1, 2026

Jorge Rivera Lujan, et al.,

       Petitioners

       v.

Federal Motor Carrier Safety Administration,
et al.,

       Respondents

------------------------------

Consolidated with 26-1046

**BEFORE:**    Millett, Wilkins, and Katsas, Circuit Judges

## O R D E R

Upon consideration of the motion to complete the administrative record, the opposition thereto, and the reply, it is

**ORDERED** that the motion to complete the administrative record be referred to the merits panel to which these petitions for review are assigned.

## Per Curiam

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:    /s/
Selena R. Gancasz
Deputy Clerk