# UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| Jorge Rivera Lujan, et al.<br><br>*Petitioners*,<br><br>v.<br><br>Federal Motor Carrier Safety Administration, et al.<br><br>*Respondents*. | Case No. 26-1032, -1046 |

## NOTICE OF INTENT TO FILE *AMICUS* BRIEF

The State of Florida, on behalf of itself and Alabama, Alaska, Arkansas, Georgia, Idaho, Indiana, Iowa, Kansas, Kentucky, Louisiana, Mississippi, Missouri, Montana, Nebraska, North Dakota, Ohio, Oklahoma, South Carolina, South Dakota, Tennessee, Texas, and West Virginia, intends to file an *amicus* brief in support of the Respondents in the above-captioned appeal and hereby provides notice of that intent pursuant to Circuit Rule 29(b).

Dated: July 22, 2026

Respectfully Submitted,

JAMES UTHMEIER
  *Attorney General*

*/s/ David M.S. Dewhirst*
DAVID M.S. DEWHIRST
  *Solicitor General*

JASON J. MUEHLHOFF
  *Chief Deputy Solicitor General*

Office of the Attorney General
PL-01, The Capitol
Tallahassee, FL 32399-1050
(850) 414-3681
*david.dewhirst@myfloridalegal.com*
*jason.muehlhoff@myfloridalegal.com*

*Counsel for Amicus State of Florida*

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. App. P. 26.1 and Circuit Rules 26.1 and 29(b), *amicus curiae* State of Florida, hereby states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

## CERTFICATE OF COMPLIANCE

1. This document complies with the length limitations in Federal Rule of Appellate Procedure 27(d)(2)(A), because, excluding the part exempted by Federal Rule of Appellate Procedure 32(f), it contains 63 words.

2. This document complies with the typeface and type-style requirements in Federal Rule of Appellate Procedure 27(d), Federal Rule of Appellate Procedure 32(a)(5), and Federal Rule of Appellate Procedure 32(a)(6), because it has been prepared in a proportionally spaced typeface in 14-point Century Schoolbook font using Microsoft Word.

*/s/ David M.S. Dewhirst*
Solicitor General

## CERTIFICATE OF SERVICE

I certify that on July 22, 2025, I electronically filed this Amicus Brief with the Clerk of Court using the Court's CM/ECF system, which will send a notice of docketing activity to all parties who are registered through CM/ECF.

                                      */s/ David M.S. Dewhirst*
                                      Solicitor General