ORAL ARGUMENT SCHEDULED FOR SEPTEMBER 15, 2026

No. 26-1032, -1046

# IN THE UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT

JORGE RIVERA LUJAN, et al.
*Petitioners,*

v.

FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION, et al.
*Respondents.*

On Petitions for Review of a Rule of the
Federal Motor Carrier Safety Administration

**BRIEF OF *AMICI CURIAE* STATES OF FLORIDA, ALABAMA, ALASKA, ARKANSAS, GEORGIA, IDAHO, INDIANA, IOWA, KANSAS, KENTUCKY, LOUISIANA, MISSISSIPPI, MISSOURI, MONTANA, NEBRASKA, NORTH DAKOTA, OHIO, OKLAHOMA, SOUTH CAROLINA, SOUTH DAKOTA, TENNESSEE, TEXAS, AND WEST VIRGINIA, IN SUPPORT OF RESPONDENTS**

JAMES UTHMEIER
 *Attorney General*

OFFICE OF THE ATTORNEY GENERAL
PL-01, The Capitol
Tallahassee, FL 32399-1050
(850) 414-3300
*jason.muehlhoff@myfloridalegal.com*
*jenna.hodges@myfloridalegal.com*

DAVID M.S. DEWHIRST
 *Solicitor General*

JASON J. MUEHLHOFF
 *Chief Deputy Solicitor General*

July 22, 2026

*Counsel for* Amici Curiae

i

## CERTIFICATE AS TO PARTIES, FILINGS, AND RELATED CASES

Pursuant to D.C. Circuit Rule 28(a)(1), undersigned counsel certifies the following:

**Parties, Intervenors, and *Amici***

All parties, intervenors, and *amici* appearing before the district court and in this Court are listed in Respondents' brief, except for the *amici* submitting this brief.

**Rulings Under Review**

References to the rulings at issue appear in Respondents' brief.

**Related Cases**

*Lujan v. Fed. Motor Carrier Safety Admin.*, No. 25-1215, -1224 (D.C. Cir.).

# TABLE OF CONTENTS

CERTIFICATE AS TO PARTIES, FILINGS, AND RELATED CASES ............................................................................ii

TABLE OF AUTHORITIES................................................................iv

INTEREST OF *AMICUS CURIAE*.................................................1

ARGUMENT ......................................................................................1

I.  STATES HAVE REPEATEDLY SUFFERED FROM ILLEGAL IMMIGRANTS OPERATING LARGE COMMERCIAL VEHICLES.....................3

    A.  Florida. ..........................................................................3

    B.  California........................................................................4

    C.  Tennessee. ......................................................................6

    D.  Indiana. ..........................................................................8

    E.  Oregon. ..........................................................................9

II.  THE SUPREME COURT DECLINED TO HEAR STATE SUITS TO ENFORCE FEDERAL CDL RESTRICTIONS, LEAVING FEDERAL AGENCIES WITH THE BURDEN TO FIX THE PROBLEM. .........................10

CONCLUSION ................................................................................12

CERTIFICATE OF COMPLIANCE ..............................................13

CERTIFICATE OF SERVICE.........................................................13

ADDITIONAL SIGNATORIES......................................................14

# TABLE OF AUTHORITIES

**Cases**

*Birchfield v. North Dakota*, 579 U.S. 438 (2016)....................................12

*Caetano v. Massachusetts*, 577 U.S. 411 (2016).......................................1

*Florida v. California*, 146 S.Ct. 1290 (2026) ....................................2, 11

**Statutes**

49 U.S.C. § 31308. ...................................................................10

**Rules**

49 C.F.R. § 383.71. ..................................................................10

49 C.F.R. § 391.11. ..................................................................10

91 Fed. Reg. 7044. ................................................................2, 11

## INTEREST OF *AMICUS CURIAE*

Pursuant to D.C. Circuit Rule 29, the Attorney General of Florida, on behalf of Florida, Alabama, Alaska, Arkansas, Georgia, Idaho, Indiana, Iowa, Kansas, Kentucky, Louisiana, Mississippi, Missouri, Montana, Nebraska, North Dakota, Ohio, Oklahoma, South Carolina, South Dakota, Tennessee, Texas, and West Virginia, submits this brief as an *amicus curiae* in support of the Federal Motor Carrier Safety Administration. The States have an interest in ensuring that federal safety regulations adequately protect drivers on their roads from threats posed by large commercial vehicles driven by unqualified commercial drivers. *See, e.g.*, *Caetano v. Massachusetts*, 577 U.S. 411, 421 (2016) (Alito, J., concurring) ("A State's most basic responsibility is to keep its people safe."). Without proper federal protections, States will be forced to spend more of their own time, budgets, and personnel to keep their travelers safe.

## ARGUMENT

*Amici* support the Final Rule because it addresses the problem of certain nondomiciled drivers—including illegal immigrants—obtaining Commercial Driver Licenses (CDLs). This problem impacted Florida when an illegal immigrant who could not understand English or road

1

signs made an illegal U-turn with a semi-truck across the Florida Turnpike, killing three people. *See Florida v. California*, 146 S. Ct. 1290, 1290 (2026) (Thomas, J., dissenting). In other States too, illegal immigrants have ignored rules of the road, crashed commercial vehicles, and killed multiple people. Given the inherent interstate nature of commercial trucking and the Supreme Court's recent refusal to accept an original action pressing similar issues, s*ee id.* at 1291, the federal government bears the duty to address this public safety problem. And it met the moment by issuing the Final Rule.

The Final Rule authorizes States to grant CDLs to foreign-domiciled individuals only when they hold H-2A, H-2B, or E-2 status. *See* 91 Fed. Reg. 7044. Because applicants for these statuses undergo careful screening by multiple federal agencies, any applicant's unsafe driving history comes to light. Then States know who is too dangerous to possess a CDL.

When the Final Rule was announced in February, Petitioners challenged it and moved for stay. This Court denied that motion, finding that they did not show a strong likelihood of success. *See Lujan v. Fed. Motor Carrier Safety Admin.*, No. 26-1032 (D.C. Cir. May 5, 2026) (per curiam).

2

The Final Rule is proper, legal, and crucial to keeping people safe. It should be allowed to remain in effect.

## I. STATES HAVE REPEATEDLY SUFFERED FROM ILLEGAL IMMIGRANTS OPERATING LARGE COMMERCIAL VEHICLES.

Across the country, multiple illegal immigrants have obtained CDLs. Recent estimates from White House officials suggest that up to a third of CDLs are held by illegal immigrants. THE CLAY AND BUCK SEXTON SHOW, *Stephen Miller: Our Election System is Less Secure Than Olive Garden* at 8:39 (YouTube Jul. 17, 2026), https://perma.cc/6G33-XWBZ. They have violated multiple rules of the road, crashed multiple large commercial vehicles, and killed multiple people.

### A. Florida.

Last August, illegal immigrant Harjinder Singh—licensed by both Washington and California—attempted a reckless U-turn across a busy Florida highway in an eighteen-wheeler. *Illegal U-turn Truck Driver Arrested for Vehicular Homicide,* Fla. Dep't of Highway Safety and Motor Vehicles (Aug. 16, 2025), https://perma.cc/RK3Y-JGH7. That U-turn ignored the multiple road signs warning against such action, but the illegal alien was later proven unable to speak or read English. Peter D'Abrosca, *Illegal Immigrant Trucker Accused of Killing Three People Failed*

*English, Road Sign Tests: DOT*, Fox News (Aug. 20, 2025, at 10:52 ET), https://perma.cc/5ZC7-VLSN.  His unlawful actions resulted in three fatalities and a flurry of costly preventative measures by Florida to limit dangerous and improperly licensed drivers from threatening its roads and its citizens.



Photograph of crash, Fox 13 (Oct. 26, 2025 at 15:45 ET), in *Illegal Alien Failed CDL Test 10 Times in 2 Months Before Fatal Florida Crash That Killed 3*, https://perma.cc/3K8J-G4B7.

### B.    California.

In California, illegal immigrant Jashanpreet Singh killed three people by rear-ending a row of cars with his semi-truck.  Corey Williams, *Deadly Crash in California Renews Federal Criticism of Immigrant Truck Drivers*, Public Broadcasting Service (Oct. 25, 2025, at 13:03 ET),

https://perma.cc/4RMA-QTYF. Singh entered the country illegally in 2022 and obtained a limited CDL from California. *Id.* In October 2025, California removed the limits on Singh's CDL in direct opposition to a federal emergency rule issued the month before. *DUI Charge Dropped Against Semitruck Driver in Deadly 10 Freeway Crash in Ontario*, KABC Eyewitness News (Nov. 4, 2025), https://perma.cc/7ZHG-VF8Q. Later that October, Singh drove his semi-truck into the back of a row of slowed vehicles. Williams, *Deadly Crash in California*, Public Broadcasting Service (Oct. 25, 2025), https://perma.cc/4RMA-QTYF. He plowed aside several cars, struck a semi-truck, drifted across two lanes of traffic, and hit another semi-truck stopped beside the road. *Id.*



Photograph of crash, ABC News (Oct. 23, 2025 at 15:32), in *Truck Driver in Country Illegally Was Under Influence of Drugs in California Crash That Killed 3: Police*, https://perma.cc/M74B-3XGS.

The crash killed three and injured four others.  Williams, *Deadly Crash in California*, Public Broadcasting Service (Oct. 25, 2025), https://perma.cc/4RMA-QTYF.

C.   **Tennessee.**

Tennessee also suffered a deadly multi-vehicle crash caused by an illegal immigrant.  Bonny Chu, *Suspect Accused of Causing Massive Fatal Pileup Was Illegal Immigrant Who Obtained CDL in New York: Feds*, Fox News (Dec. 17, 2025, at 18:47 ET), https://perma.cc/UCF4-NELX. Sometime before getting a CDL, Yisong Huang admitted to Border Patrol that he was an illegal immigrant.  *Illegal Alien Who Couldn't Speak English Causes Deadly Multi-Vehicle Pile Up in Tennessee Under Biden-Era Work Authorization*, Dep't of Homeland Sec. (Dec. 17, 2025), https://perma.cc/VU2S-T6RM.  New York gave Huang a CDL anyway. *Id.*  While using that CDL to drive a tour bus, Huang rear-ended a slowed semi-truck, starting a chain reaction that killed one person.  Chu, *Massive Fatal Pileup*, Fox News (Dec. 17, 2025 at 18:47 ET), https://perma.cc/UCF4-NELX.



Photograph of crash, New York Post (Dec. 17, 2025 at 12:36 ET), in *Tour Bus Driver Charged in Fatal Wreck Entered US Illegally—and Was Still Issued NYS License: Feds*, https://perma.cc/2ABQ-JTD6.

Inspectors determined that Huang was watching a video on his phone when he crashed. Chu, *Massive Fatal Pileup*, Fox News (Dec. 17, 2025 at 18:47 ET), https://perma.cc/UCF4-NELX. They also issued an English proficiency test, which Huang failed. *Id.* That same month, federal auditors reported that over half the CDLs which New York issued to non-domiciled individuals violated federal law. *Trump's Transportation Secretary Sean P. Duffy Uncovers Latest Bombshell: Over 50% of NY's Non-Domiciled Trucking Licenses Were Issued Illegally*, Dep't of Transp. (Dec. 12, 2025), https://perma.cc/X8NM-YJDS.

### D. Indiana.

Four more people died when Kyrgyzstan native Bekzhan Beishekeev swerved his semi-truck into oncoming traffic.  Greg Norman-Diamond & Bill Melugin, *Semi-truck Driver Held on ICE Detainer After 4 Killed in Head-on Crash*, Fox News (Feb. 5, 2026, at 14:38 ET), https://perma.cc/5YHD-Y9EQ.  Beishekeev entered the country on parole after using the Customs and Border Protection One app to gain entry. *Id.*  The Department of Homeland Security describes this procedure as illegal immigration.  *ICE Arrests Illegal Alien Semi-Truck Driver Who Killed 4, Injured Others in Indiana*, Dep't of Homeland Sec. (Feb. 5, 2026), https://perma.cc/PY6T-JMK9.  Pennsylvania issued Beishekeev a CDL. *Id.*  Beishekeev used his CDL to steer his semi-truck into oncoming traffic to avoid a slowed semi-truck in his lane.  *Id.*  He struck a van head-on. *Id.*



Photograph of the crash, Yahoo!News (Feb. 5, 2026 at 11:04 ET), *Semi Driver Involved in Fatal Jay County Crash Held on ICE Detainer*, https://perma.cc/HVZ7-Z5Z8.

Beishekeev killed four people. *Ice Arrests Illegal Alien*, Dep't of Homeland Sec. (Feb. 5, 2026), https://perma.cc/PY6T-JMK9.

### E. Oregon.

Two more people died in a crash in Oregon caused by illegal immigrant Rajinder Kumar. *ICE Arrests Illegal Alien Semi-Truck Driver Who Killed Honeymooners in Oregon After Sanctuary Politicians Released Him from Jail*, Dep't of Homeland Sec. (Apr. 28, 2026), https://perma.cc/U3KH-EWYL. Kumar came to the United States

illegally in 2022 and got a CDL from California. *Id.* In April, Kumar jackknifed his semi-truck trailer across both lanes of a two-lane road. *Id.* Two newlyweds in a car struck the lane-blocking trailer, and were instantly killed. *Id.*

\*       \*       \*

As these tragedies show, the final rule didn't arise from a vacuum. It was the federal government's response to a string of tragic yet entirely preventable accidents caused by insufficient protection and regulation over illegal immigrants and CDLs. The final rule should stand.

## II. THE SUPREME COURT DECLINED TO HEAR STATE SUITS TO ENFORCE FEDERAL CDL RESTRICTIONS, LEAVING FEDERAL AGENCIES WITH THE BURDEN TO FIX THE PROBLEM.

Federal law governs the issuing of CDLs. *See* 49 U.S.C. § 31308. And federal law prohibited people like Harjinder Singh from obtaining CDLs. *See, e.g.*, 49 C.F.R. §§ 383.71, 391.11. Recent Supreme Court decisions, moreover, have made it clear that States can only do so much to address this problem alone.

Florida recently moved to sue Washington and California in the Supreme Court, hoping to end those States' lax enforcement of federal CDL requirements. *See Florida v. California*, 146 S. Ct. at 1291. The Supreme

10

Court denied the motion. *Id.* That ruling limited the State's ability to address "the disturbing phenomenon of illegal-alien truck drivers causing fatal accidents on the road." *Id.* at 1290 (Thomas, J., dissenting).

So the federal government stepped up. The Federal Motor Carrier Safety Administration acted to enforce its "statutory mandate to ensure the fitness of all drivers who operate a [commercial motor vehicle]." 91 Fed. Reg. 7044. It proposed, adjusted, and completed the Final Rule to raise the integrity of the CDL vetting process by "clos[ing] a significant safety gap" which States feel all too keenly. *Id.*[1]

"The States and the Federal Government have a 'paramount interest . . . in preserving the safety of . . . public highways." *Birchfield v. North Dakota*, 579 U.S. 438, 465 (2016) (quoting *Mackey v. Montrym*, 443 U.S. 1, 17 (1979)). In the field of CDL regulations, the States have a limited role. They rely on federal protections to keep their highways safe.

---

[1] Additionally, Florida, Tennessee, and North Dakota incorporate federal CDL regulations by citation in their own vehicle statutes. S*ee, e.g.*, Fla. Stat. §§ 322.53, 322.54 (2026); Tenn. Code Ann. § 55-50-404 (2024); N.D. Cent. Code §§ 39-06.2-06, -07 (2026). As a result, upholding the Final Rule would clear up the uncertainty this litigation has caused over which version of the regulation applies in State proceedings.

Because the Final Rule cracks down on the unauthorized CDLs which threaten the States' people and roads, *amici* States support the rule.

## CONCLUSION

The Final Rule should be upheld.

Dated: July 22, 2026

Respectfully submitted,

JAMES UTHMEIER
 *Attorney General of Florida*

 */s/ David M.S. Dewhirst*
DAVID M.S. DEWHIRST
 *Solicitor General*

JASON J. MUEHLHOFF
 *Chief Deputy Solicitors General*
State of Florida
Office of the Attorney General
PL-01, The Capitol
Tallahassee, FL 32399-1050
(850) 414-3300
*jason.muehlhoff@myfloridalegal.com*
*jenna.hodges@myfloridalegal.com*

*Counsel for* Amicus Curiae

## CERTIFICATE OF COMPLIANCE

This *amicus* brief complies with the type-volume limit of Federal Rule of Appellate Procedure 29(a)(5) because it contains 1,734 words. This brief also complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5)–(6) because it was prepared using Word for Microsoft 365 in 14-point Century Schoolbook, a proportionally spaced typeface.

 */s/ David M.S. Dewhirst*
David M.S. Dewhirst
Solicitor General

## CERTIFICATE OF SERVICE

I certify that on July 22, 2026, I caused this document to be electronically filed with the Clerk of Court using this Court's CM/ECF system, which will send a notice of docketing activity to all parties who are registered through CM/ECF.

 */s/ David Dewhirst*
David Dewhirst
Solicitor General

## ADDITIONAL SIGNATORIES

STEVE MARSHALL
Attorney General of Alabama

CORI MILLS
Acting Attorney General of Alaska

TIM GRIFFIN
Attorney General of Arkansas

CHRIS CARR
Attorney General of Georgia

RAÚL R. LABRADOR
Attorney General of Idaho

THEODORE E. ROKITA
Attorney General of Indiana

BRENNA BIRD
Attorney General of Iowa

KRIS W. KOBACH
Attorney General of Kansas

RUSSELL COLEMAN
Attorney General of Kentucky

LIZ MURRILL
Attorney General of Louisiana

LYNN FITCH
Attorney General of Mississippi

CATHERINE L. HANAWAY
Attorney General of Missouri

AUSTIN KNUDSEN
Attorney General of Montana

MICHAEL T. HILGERS
Attorney General of Nebraska

DREW WRIGLEY
Attorney General of North Dakota

ANDY WILSON
Attorney General of Ohio

GENTNER DRUMMOND
Attorney General of Oklahoma

ALAN WILSON
Attorney General of South Carolina

MARTY JACKLEY
Attorney General of South Dakota

JONATHAN SKRMETTI
Attorney General of Tennessee

KEN PAXTON
Attorney General of Texas

JOHN B. MCCUSKEY
Attorney General of West Virginia