# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 26-1032** **September Term, 2026**

**FMCS-2025-0622**
**FMCS-91FR7044**

**Filed On: September 9, 2026** **[2192029]**

Jorge Rivera Lujan, et al.,

Petitioners

v.

Federal Motor Carrier Safety Administration, et al.,

Respondents

------------------------------

Consolidated with 26-1046

**BEFORE:** Millett, Pillard, and Childs, Circuit Judges

## O R D E R

Upon consideration of the motion to complete the administrative record, the opposition thereto, and the reply, it is

**ORDERED** that consideration of the motion be deferred pending further order of the court.

**Per Curiam**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Michael C. McGrail
Deputy Clerk