# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 26-1032** **September Term, 2026**

**FMCS-2025-0622**
**FMCS-91FR7044**

**Filed On: September 15, 2026** [2193106]

Jorge Rivera Lujan, et al.,

Petitioners

v.

Federal Motor Carrier Safety Administration, et al.,

Respondents

------------------------------

Consolidated with 26-1046

**BEFORE:** Circuit Judges Millett, Pillard, and Childs

## COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on Tuesday, September 15, 2026 at 9:40 a.m. The cause was heard as case No. 3 of 3 and argued before the Court by:

Wendy Liu, counsel for Petitioners Jorge Lujan, et al.

Paul Lawrence, counsel for Petitioner Martin Luther King Jr. County.

Simon Gregory Jerome (DOJ), counsel for Respondent.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Anne A. Rothenberger
Deputy Clerk